IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                   CASE NO.: 1:05cr21-SPM/AK

TIMOTHY J. VAN SUSTEREN,

     Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant's Unopposed Motion for Continuance

of Sentencing (doc. 29) is granted.  Sentencing is reset for 1:30 p.m. on Monday,

November 14, 2005.

DONE AND ORDERED this 26st day of August, 2005.


_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge