IN THE UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF FLORIDA

(Gainesville Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| **v.** ) | Docket No. 1:05CR21-001 | |
| ) | | |
| **TIMOTHY VANSUSTEREN** ) | | |

## O R D E R

This matter is before the Court on a petition alleging that the defendant violated the conditions of his probation as outlined in Probation Form 12C filed with the Clerk of the U. S. District Court for the Northern District of Florida, on August 17, 2007.

The defendant admitted guilt to the violations as outlined in the petition. The Court finds that the defendant violated the terms and conditions of his probation.

**IT IS HEREBY ORDERED** that the defendant be continued on probation with the following modification:

> **The probationer shall reside at a Bureau of Prisons Community Service Center for a period of six (6) months and remain there except for activities approved in advance by the probation officer and service center staff. The probationer will contribute toward his subsistence based on a percentage of his gross employment income. While at the center, the probationer shall comply with all rules and regulations of the center and comply with the instructions of center staff.**

All other terms and conditions previously imposed shall remain in full force and effect.

**DONE AND ORDERED** this 12th day of September, 2007.

_s/ Stephan P. Mickle_
Stephan P. Mickle
United States District Judge